UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pharaoh El-Forever Left-i Amen El,                    Civ. No. 26-236 (PAM/ECW)

    Plaintiff,

v.                                                                                        **ORDER**

Paul Schnell, Guy Bosch, Michelle Smith,
Wanchena, Connors Karel, Marisa
Williams, Jones, Dan Huff, Minnesota
Department of Health Commissioner,
N. Lewis, Bolin, Jane Doe 1-3, John Doe
1-3, and Officials Public Hazard Bonds,

    Defendants.

_____

This matter is before the Court on Plaintiff Pharaoh El-Forever Left-i Amen El's Motion for Voluntary Dismissal and Refund.  (Docket No. 14.)  Amen El, a prisoner proceeding pro se, seeks voluntary dismissal of this action without prejudice and a refund of the $5.00 partial filing fee he paid on February 27, 2026.  (See Docket No. 10.)

No Defendant has been served, and no answer or motion for summary judgment has been filed.  Amen El may therefore dismiss this action without prejudice as of right under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Court memorializes that dismissal here.

As for the refund request, the Court lacks authority to grant a refund.  Neither 28 U.S.C. § 1914 (governing filing fees) nor 28 U.S.C. § 1915 (governing in forma pauperis proceedings) authorizes the return of filing fees once paid.  The Eighth Circuit has held

that the obligation to pay filing fees attaches when a prisoner brings a civil action and survives any subsequent dismissal.  See, e.g., In re Tyler, 110 F.3d 528, 529–30 (8th Cir. 1997).  No exception applies here.  The refund request is denied.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff Pharaoh El-Forever Left-i Amen El's Motion for Voluntary Dismissal and Refund (Docket No. 14) is **GRANTED** to the extent that Amen El seeks this action's dismissal.  This action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. Amen El's request, in the same filing, for a refund of his already-paid $5.00 partial filing fee is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: <u>April 2, 2026</u>

<u>s/ Paul A. Magnuson</u>
Paul A. Magnuson
United States District Court Judge